UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PEDRO PABLO FUENTES,           )<br>                                                            )<br>            Petitioner,               )<br>                                                            )<br>v.                                                      )           Case No. CIV-23-355-J<br>                                                            )<br>STEVEN HARPE,                         )<br>                                                            )<br>            Respondent.            ) | |

## ORDER

Petitioner filed a Petition for Writ of Habeas Corpus [Doc. No. 1] and a motion to proceed in forma pauperis [Doc. No. 2]. The matter was referred to United States Magistrate Judge Shon T. Erwin who entered a Report and Recommendation recommending the Court deny Petitioner's motion to proceed in forma pauperis and require Petitioner to pay the full $5.00 filing fee. [Doc. No. 6]. Thereafter, Petitioner paid the $5.00 filing fee. [Doc. No. 7].

The Court ADOPTS the Report and Recommendation [Doc. No. 6] and DENIES Petitioner's motion to proceed in forma pauperis [Doc. No. 2]. Additionally, since Petitioner has paid the $5.00 filing fee, the Court rerefers this matter to Magistrate Judge Erwin for proceedings as outlined in the Court's earlier referral. [Doc. No. 5].

IT IS SO ORDERED this 26th day of May, 2023.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE