UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PEDRO PABLO FUENTES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-23-355-J |
| ) | |
| STEVEN HARPE, ) | |
| ) | |
| Respondent. ) | |

### ORDER

Petitioner, a state prisoner appearing pro se, brings this action pursuant to 28 U.S.C. § 2254, seeking habeas relief from a state court conviction. The matter was referred to United States Magistrate Judge Shon T. Erwin for initial proceedings consistent with 28 U.S.C. § 636. [Doc. No. 5]. On February 6, 2024, Judge Erwin issued a Report and Recommendation recommending that the Petition for Writ of Habeas Corpus be denied. [Doc. No. 23]. Petitioner was advised of his right to object to the Report and Recommendation by February 23, 2024. No objection has been filed. Petitioner has therefore waived any right to appellate review of the factual and legal issues in the Report and Recommendation. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 23] and DENIES Petitioner's Petition for Writ of Habeas Corpus.

IT IS SO ORDERED this 8th day of March, 2024.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE